UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE TABITHA D. HARRIS,            CASE NO. 15-51427-WSD
                                                      CHAPTER 7
       Debtor.                           HON. Walter Shapero
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
ON BEHALF OF 21ST MORTGAGE CORPORATION**

**NOW COMES,** 21st Mortgage Corporation, by and through its attorneys, Law Offices of Richard A. Green, and for its Motion for Relief from Automatic Stay states as follows:

1. On December 23, 2010, Tabitha D. Harris ("Debtor") entered into a Consumer Loan Note and Security Agreement (the "Security Agreement") with 21st Mortgage Corporation ("21st Mortgage"), under which she borrowed $25,356.00 to finance a 1994 Riviera 25x50 Manufactured Home/Serial Number 11247256 (the "Manufactured Home") and one (1) year of homeowner's insurance [copies of the Security Agreement and a Certificate of Title are attached hereto as Exhibits 1 and 2].

2. The Debtor granted a security interest in the Manufactured Home to 21st Mortgage and agreed to repay the debt, with interest of 12.99%, through one hundred and seventy-six (176) consecutive monthly installment payments of $332.83 each, not including taxes and insurance, commencing on February 1, 2011 and thereafter on the first (1st) day of each successive month [see Exhibit 1].

3. On July 31, 2015, the Debtor filed a Petition in Bankruptcy under Chapter 7 of the U.S. Bankruptcy Code.

4. The Debtor is in default under the Security Agreement by failing to make payments due from and after April 1, 2015.

5. The Debtor owes 21st Mortgage Corporation $22,020.11 under the Security

1

Agreement.

6. The value of the Manufactured Home is $20,500.00.

7. The Debtor has no equity in the Manufactured Home and it is not necessary to an effective reorganization.

8. 21st Mortgage is not adequately protected.

9. The Manufactured Home is likely uninsured and lot rent is continuing and unpaid.

10. Upon reasonable inquiry, 21st Mortgage Corporation has determined that other than the Chapter 7 Trustee, the Debtor, and itself, no other party can or will claim an interest in the Manufactured Home.

11. Counsel for 21st Mortgage made reasonable and diligent attempts to contact Debtor's counsel requesting concurrence in the relief sought with this motion on August 3, 2015 but was unable to obtain concurrence.

12. 21st Mortgage Corporation is entitled to relief from the automatic stay pursuant to 11 U.S.C. §362 (d) (1) and/or (2).

**WHEREFORE,** 21st Mortgage Corporation respectfully prays that this Honorable Court issue an Order Granting Relief from the Automatic Stay for cause pursuant to 11 U.S.C. §362 (d) (1) and/or (2) so that it may obtain possession of the Manufactured Home and foreclose upon the same in accordance with the Security Agreement between the parties and applicable state law.

DATED: August 3, 2015                                   RESPECTFULLY SUBMITTED,

                                                                 /s/ Richard A. Green
RICHARD A. GREEN (P-36746)
Attorney for 21st Mortgage Corporation
705 S. Main St., Ste. 270
Plymouth, MI 48170
(734) 335-6032
rgreenbankruptcyeast@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE TABITHA D. HARRIS,      CASE NO. 15-51427-WSD
    CHAPTER 7
    Debtor.     HON. Walter Shapero
_____/

**ORDER GRANTING 21ST MORTGAGE CORPORATION**
**RELIEF FROM THE AUTOMATIC STAY**

This matter being before the Court on a Motion for Order Granting Relief from the Automatic Stay filed on behalf of 21st Mortgage Corporation; and,

The Court noting from the records and files in this case that 21st Mortgage Corporation has caused said Motion for Relief from the Automatic Stay, a Proposed Order and Notice and Opportunity to Respond to be served upon all interested parties pursuant to LBR 9014-1; and,

The Court further noting that no interested party has objected or responded to the Motion within the time allowed under LBR 9014-1; and,

The Court being further and more fully advised in the premises.

**IT IS HEREBY ORDERED** that 21st Mortgage Corporation is granted relief from the automatic stay for cause pursuant to 11 U.S.C. § 362 (d)(1) and/or (2).

**IT IS HEREBY FURTHER ORDERED** that 21st Mortgage Corporation may obtain possession of its collateral consisting of a 1994 Riviera 25x50 Manufactured Home/Serial Number 11247256 (the "Manufactured Home").

**IT IS HEREBY FURTHER ORDERED** that 21st Mortgage Corporation may sell and dispose of the Manufactured Home in accordance with the Security Agreement between the parties and under applicable state law and that any sales proceeds in excess of the unpaid indebtedness shall be paid by 21st Mortgage Corporation to the Chapter 7 Trustee or as otherwise ordered by the Court.