UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE TABITHA D. HARRIS,   CASE NO. 15-51427-WSD
                           CHAPTER 7
    Debtor.              HON. Walter Shapero
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that on August 3, 2015, he served copies of 21st Mortgage Corporation's Motion for Relief from the Automatic Stay and Notice Under LBR 9014-1, with proposed Order attached upon the following interested parties through either electronic or first class mail:

| | |
|---|---|
| Tabitha D. Harris<br>15 Maple Drive<br>Belleville, MI 48111 | Thomas Paluchniak<br>700 Towner Street<br>Ypsilanti, MI 48198 |
| Office of the U.S. Trustee<br>211 W. Fort Street, Ste. 700<br>Detroit, MI 48226 | Homer W. McClarty<br>Chapter 7 Trustee<br>19785 West 12 Mile Road<br>#331<br>Southfield, MI 48076 |

DATED: August 3, 2015    RESPECTFULLY SUBMITTED,

 /s/ Richard A. Green
RICHARD A. GREEN (P-36746)
Attorney for 21st Mortgage Corporation
705 S. Main St., Ste. 270
Plymouth, MI 48170
(734) 335-6032
rgreenbankruptcyeast@yahoo.com